**FILED**

OCT 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant-Appellee. | No. 21-56150 <br><br> D.C. No. 2:19-cv-04618-RGK-JPR <br> Central District of California, Los Angeles <br><br> ORDER |
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant-Appellant. | No. 21-56236 <br><br> D.C. No. 2:19-cv-04618-RGK-JPR |

Before: CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

Judges Callahan, Nelson, and Thomas voted to deny the petition for panel rehearing or rehearing en banc. No judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing or rehearing en banc is DENIED.